FILED

NOV 20 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) ) | |
| | ) | 1:25 CR 577 |
| v. | ) | CASE NO. _____ |
| | ) | Title 18, United States Code, |
| TEVON J. HUNTER, | ) | Sections 2252(a)(2) and |
| | ) | 2252(a)(1)) |
| Defendant. | ) | |

**JUDGE PEARSON**

COUNT 1
(Receipt and Distribution of Visual Depictions of Real Minors Engaged in Sexually Explicit Conduct, 18 U.S.C. § 2252(a)(2))

The Grand Jury charges:

1. From on or about November 27, 2024 to on or about December 15, 2024 in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant TEVON J. HUNTER did knowingly receive and distribute, using any means and facility of interstate and foreign commerce, numerous computer files, which files contained visual depictions of real minors engaged in sexually explicit conduct, and which files had been shipped and transported in and affecting interstate and foreign commerce, as defined in Title 18, United States Code, Section 2256(2), in violation of Title 18, United States Code, Section 2252(a)(2).

COUNT 2
(Transportation of Visual Depictions of Minors Engaged in Sexually Explicit Conduct,
18 U.S.C. § 2252(a)(1))

The Grand Jury further charges:

2. From on or about November 20, 2024 to on or about December 14, 2024, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant TEVON J. HUNTER did knowingly transport child pornography, that is, visual depictions of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252(a)(1).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.